AMELIA SCHREINER, Respondent, v. HYLEST REALTY CORPORATION, Appellant, and Others, Defendants.— In an action to foreclose a mortgage on real property, order denying appellant's motion to compel the plaintiff to accept all taxable costs and disbursements, together with the sum of $32.63, interest, etc., reversed on the law, with ten dollars costs and disbursements, and the motion granted as follows: The complaint is dismissed and the *lis pendens* canceled upon condition that appellant, within five days after service of a copy of the order hereon, pay plaintiff all taxable costs and disbursements to date and remedy all arrears and defaults other than defaults in payment of principal or installments of principal. In the event that the costs and disbursements are not paid and arrears and defaults remedied within the time fixed, the order is affirmed, with ten dollars costs and disbursements. The curing of all defaults other than defaults in the payment of the principal amount of the mortgage, or installments thereon, before the foreclosure action has proceeded to final judgment, requires that the action be dismissed under section 1077-e, Civil Practice Act. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

MAURICE VORTREFFLICH, Appellant, v. NORTH AMERICAN CONTINENTAL CORPORATION and SAMUEL EDELSTEIN, Respondents.— In an action brought to recover damages for alleged false arrest and malicious prosecution, order disposing of defendants' motion to vacate the plaintiff's notice of examination of the defendants before trial modified so as to vacate the notice as to items (g) and (h) only, and as thus modified affirmed, so far as an appeal is taken, without costs. Items (g) and (h) are improper. The examination may proceed on five days' notice. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

(March 23, 1938.)

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor Trustee under a Trust Mortgage Dated as of June 15, 1926, Made by THE STRAND BUILDING CORPORATION to AMERICAN TRUST COMPANY (OF NEW YORK), as Trustee, Respondent, v. THE STRAND BUILDING CORPORATION and Others, Defendants, and BENJAY ENTERPRISES, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell and Close, JJ.; Adel, J., not voting.